62 So.2d 922

**Wm. A. GARDNER, Jr., et al. v. Henry P. PARKER et al.**

3 Div. 648.

Supreme Court of Alabama.

Dec. 4, 1952.

PER CURIAM.

Appeal dismissed by appellant.

62 So.2d 922

**Eddie HARRISON v. Flora HENDERSON.**

7 Div. 173.

Supreme Court of Alabama.

Dec. 19, 1952.

PER CURIAM.

Appeal dismissed per agreement.

62 So.2d 923

**John Edw. HOUSE, Jr., et al. v. James E. CASEY.**

6 Div. 420.

Supreme Court of Alabama.

Nov. 21, 1952.

PER CURIAM.

Appeal dismissed.

63 So.2d 901

**Billie O'Hara HUNT v. Sam HUNT, Jr.**

6 Div. 460.

Supreme Court of Alabama.

Jan. 23, 1953.

PER CURIAM.

Appeal dismissed.

63 So.2d 901

**Ellen Gregg INGALLS et al., Trustees v. Robert I. INGALLS, Jr., Guardian.**

6 Div. 455.

Supreme Court of Alabama.

Feb. 13, 1953.

Waites & Tucker and Lange, Simpson, Robinson & Somerville, all of Birmingham, for appellants.

Chas. W. Greer, Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

LIVINGSTON, C. J., and BROWN, LAWSON, SIMPSON and GOODWYN, JJ., concur.